Barbara Hoey
Michael P. Pappas
LITTLER MENDELSON
A Professional Corporation
900 Third Avenue
New York, New York  10022-3298
(212) 583-9600

Attorneys for Defendant
  The Brooklyn Hospital Center

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STEVEN DOLLAR,

                Plaintiff,

-against-

BROOKLYN HOSPITAL CENTER,

                Defendant.

No. 10-cv-4807 (JG) (LB)

ECF Case

**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

---

      PLEASE TAKE NOTICE that, upon: (1) the Declaration of Michael P. Pappas dated August 11, 2011, and the exhibits annexed thereto; (2) the Declaration of Brenda Arthur dated August 11, 2011, and the exhibit annexed thereto; (3) Defendant's Local Rule 56.1 Statement; (4) Defendant's Memorandum of Law in Support of Motion For Summary Judgment; and (5) all of the pleadings in this action, Defendant The Brooklyn Hospital Center, by its attorneys, Littler Mendelson, P.C., will move this Court, before the Honorable John Gleeson, United States District Judge, in the United States Courthouse located at 100 Federal Plaza, Central Islip, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Fed.R.Civ.P. 56 granting

Defendant summary judgment and dismissing the Complaint in its entirety with prejudice on the ground that there is no genuine issue for trial and Defendant is entitled to judgment as a matter of law.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's scheduling order, papers in opposition to this motion, if any, must be served so as to be received by the undersigned no later than September 2, 2011.

Dated: August 12, 2011                LITTLER MENDELSON, P.C.

                            By:    S/_____
                                   Michael P. Pappas
                                   900 Third Avenue
                                   New York, New York 10022-3298
                                   (212) 583-9600

                                   Attorneys for Defendant